# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Ash Pallet Management LLC | 12/7/2022 | 266368 | Check | $ 8,160.00 |
| Akorn Operating Company, LLC | Ash Pallet Management LLC | 1/6/2023 | 266871 | Check | $ 16,395.00 |
|  |  |  |  |  | $ 24,555.00 |