**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) (Jointly Administered) |
| Debtors. | |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, | Adv. Proc. No. 25-50079 (KBO) |
| Plaintiff, | **Re: Adv. D.I. 9** |
| v. | |
| ASH PALLET MANAGEMENT LLC, | |
| Defendant. | |

## NOTICE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Paige N. Topper, hereby certify that, on November 14, 2025, a copy of *Plaintiff's Request for Entry of Default* against Ash Pallet Management LLC [Adv. D.I. 9] was served via certified First-Class Mail on the following addresses:

| | |
|---|---|
| Ash Pallet Management LLC<br>C/O Mark Van Donselaar<br>2 S Whitney St<br>Grayslake, IL 60030-1548 | Ash Pallet Management LLC<br>61 McMillen Rd.<br>Antioch, IL 60002 |

**SAUL EWING LLP**

*/s/ Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
paige.topper@saul.com

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.